JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MEJIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:17-CV-02100-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: August 1, 2018  _____
                                                   HON. STEVE KIM
                                                   U.S. MAGISTRATE JUDGE